1   SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney

2

3   MARK L. KROTOSKI (CASBN 138549)
    Chief, Criminal Division

4   ANDREW P. CAPUTO (CASBN 203655)
    Assistant United States Attorney

5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone:  (415) 436-7004
7      Fax:  (415) 436-7234
       Email: andrew.caputo@usdoj.gov

8
    Attorneys for Plaintiff

9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,          )    No. CR 93-0278 JSW
                                       )
14       Plaintiff,                    )    STIPULATION AND [PROPOSED]
                                       )    ORDER EXCLUDING TIME FROM
15       v.                            )    SPEEDY TRIAL ACT CALCULATION
                                       )    (18 U.S.C. § 3161(h)(8)(A))
16  MARIO AZCARATE,                    )
                                       )
17       Defendant.                    )
                                       )
18  ─────────────────────────────────

19       With the agreement of the parties, and with the consent of defendant Mario Azcarate, the

20  Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act,

21  18 U.S.C. § 3161(c)(1), from February 15, 2007, to July 30, 2007.  The parties agree, and the

22  Court finds and holds, as follows:

23       1.    Defendant agreed to an exclusion of time under the Speedy Trial Act.

24  Defendant's counsel has another trial commencing in April.  To allow defendant continuity of

25  counsel, trial in the instant matter cannot reasonably commence until July.  In light of this, failure

26  to grant the requested continuance would unreasonably deny the defendant continuity of counsel

27  and would unreasonably deny defense counsel reasonable time necessary for effective

28  preparation, taking into account the exercise of due diligence, in this case.

1    2.     Given these circumstances, the Court found that the ends of justice served by

2   excluding the period from February 15, 2007, to July 30, 2007, outweigh the best interest of the

3   public and the defendant in a speedy trial.  Id. at § 3161(h)(8)(A).

4    3.     Accordingly, with the consent of the defendant and as confirmed by the Court at

5   the hearings on February 15 and March 22, the period from February 15, 2007, to July 30, 2007,

6   should be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) &

7   (B)(iv).

8          IT IS SO STIPULATED.

9

10   DATED: March 28, 2007                    _____/s/_____
                                              ALAN A. DRESSLER
11                                            Attorney for Defendant

12

13   DATED: March 22, 2007                    _____/s/_____
                                              ANDREW P. CAPUTO
14                                            Assistant United States Attorney

15

16          IT IS SO ORDERED.

17

18   DATED: March 30, 2007    _____
                                              HONORABLE JEFFREY S. WHITE
19                                            United States District Judge

20

21

22

23

24

25

26

27

28