SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

ANDREW P. CAPUTO (CSBN 203655)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone:  (415) 436-7004
Fax:  (415) 436-7234
Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARIO AZCARATE, <br><br> Defendant. | No. CR 93-0278 JSW <br><br> STIPULATION REQUESTING SETTING OF CHANGE OF PLEA HEARING FOR APRIL 19, 2007, AND [~~PROPOSED~~] ORDER SETTING CHANGE OF PLEA FOR APRIL 26, 2007 |

The parties hereby join in respectfully asking this Court to place this matter on its criminal calendar for Thursday, April 19, 2007, at 2:30 p.m., for a change of plea.

At the aborted change-of-plea hearing last month, the parties took to heart the Court's caution about setting and then vacating hearings on this Court's calendar. Accordingly, the United States informed defendant that before it would approach this Court with any new request to schedule a change-of-plea hearing in this matter, the United States would have to receive a plea agreement signed by defendant. Earlier today, defendant's counsel provided the United States with a plea agreement signed by defendant. Under separate cover, the United States is providing that signed agreement to the Court, in accordance with the Court's standing criminal order.

1 | Based on defendant' signature on this plea agreement, which agreement the parties believe to be in the interests of justice, the parties respectfully join in requesting this Court to place this matter on its criminal calendar for Thursday, April 19, 2007, at 2:30 p.m., for a change of plea.

IT IS SO STIPULATED.

DATED: April 12, 2007      _____/s/_____
                                            ALAN A. DRESSLER
                                            Attorney for Defendant


DATED: April 12, 2007      _____/s/_____
                                            ANDREW P. CAPUTO
                                            Assistant United States Attorney


**ORDER**

26

IT IS SO ORDERED. This matter is set for a change-of-plea hearing on April ~~19~~, 2007, at 2:30 p.m.

DATED: April 17, 2007      _/s/ Jeffrey S. White_____
                                            HONORABLE JEFFREY S. WHITE
                                            United States District Judge