SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

ANDREW P. CAPUTO (CSBN 203655)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7004
   Fax:  (415) 436-7234
   Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 93-0278 JSW |
| Plaintiff, | ) ) | STIPULATION REQUESTING CHANGE IN BRIEFING AND ARGUMENT |
| v. | ) ) | SCHEDULE ON DEFENDANT'S MOTIONS, AND [PROPOSED] ORDER |
| MARIO AZCARATE, | ) ) | |
| Defendant. | ) ) | |

     At the request of the parties, the Court has calendared a change-of-plea hearing in this matter for April 26.

     Under the Court's previous scheduling order, defendant is scheduled to file his motion to suppress on April 19 and his Speedy Trial Act motion on May 3.  The motion to suppress is scheduled for hearing on May 24, and the Speedy Trial Act motion is scheduled for hearing on June 14.

     In light of the change-of-plea hearing now set for April 26, the parties respectfully request that the Court alter the schedule for defendant's filing of his motion to suppress.  The parties request that the motion to suppress be filed and heard on the same dates as the Speedy Trial Act motion.

IT IS SO STIPULATED.

DATED: April 17, 2007                    /s/
                                                ALAN A. DRESSLER
                                                Attorney for Defendant


DATED: April 17, 2007                    /s/
                                                ANDREW P. CAPUTO
                                                Assistant United States Attorney


## ORDER

IT IS SO ORDERED. Defendant's motion to suppress and Speedy Trial Act motion shall both be filed on May 3, 2007. The Court will hold a hearing on both motions on June 14, 2007, at 2:30 p.m.  These deadlines shall be vacated upon the entry of Defendant's change of plea.

DATED: April 18, 2007                    _____
                                                HONORABLE JEFFREY S. WHITE
                                                United States District Judge