Alan Dressler, Esq., State Bar No. 56919
633 Battery Street, Suite 635
San Francisco, CA 94111
(415) 421-7980

Attorney for Defendant Mario Azcarate

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> MARIO AZCARATE ) <br> ) <br> Defendant . ) <br> ) <br> _____ ) | CR NO. 93-0278 JSW <br> <br> ~~[proposed]~~ **STIPULATED ORDER CONTINUING SENTENCING** |

  This matter is currently on the Court's calendar for sentencing on July 26, 2007. Through counsel, defendant Mario Azcarate and the United States ask the Court to vacate that date and reset the defendant's sentencing for August 16, 2007.

  Due to a death in the family defense counsel was out of the state during the period originally scheduled for Mr. Azcarate's probation interview. Given this unavoidable delay in the probation interview and after consultation with the probation officer, the parties believe that the earliest practicable date for sentencing is August 16, 2007. The parties and the probation officer respectfully ask the Court

///

///

///

Stipulation and ~~[Proposed]~~ Order to Continue Sentencing                1

to re-set sentencing for August 16, 2007.

                                              Respectfully submitted and stipulated,

Dated: June 29, 2007                        /s/
                                            Alan A. Dressler
                                            Attorney for Defendant
                                            Mario Azcarate

Dated: June 29, 2007                        /s/
                                            Andrew Caputo
                                            Assistant U.S. Attorney

IT IS SO ORDERED:

Dated: June 29, 2007

                                            JEFFREY S. WHITE
                                            U.S. DISTRICT COURT JUDGE

Stipulation and [Proposed] Order to Continue Sentencing                     2