Alan Dressler, Esq., State Bar No. 56919
633 Battery Street, Suite 635
San Francisco, CA 94111
(415) 421-7980

Attorney for Defendant Mario Azcarate

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>)<br>)<br>MARIO AZCARATE )<br>)<br>Defendant . )<br>)<br>_____ ) | CR NO. 93-0278 JSW<br><br>[proposed]<br>**STIPULATED ORDER RE<br>JUDICIAL RECOMMENDATION<br>THAT DEFENDANT BE HOUSED<br>IN OR NEAR CALIFORNIA** |

During defendant Azcarate's sentencing before this court on August 16, 2007 counsel for Mr. Azcarate neglected to ask the Court to recommend that Mr. Azcarate be housed in or near California in order to facilitate visits from his son who resides in the Bay Area. The parties have agreed to stipulate that the Court make such a recommendation to the Bureau of Prisons.

                                        Respectfully submitted and stipulated,

Dated: September 12, 2007         /s/
                                             Alan A. Dressler
                                             Attorney for Defendant
                                             Mario Azcarate

Stipulation and [Proposed] Order Re Recommendation to BOP                              1

| | |
|---|---|
| Dated: September 12, 2007 | /s/<br>Andrew Caputo<br>Assistant U.S. Attorney |

IT IS SO ORDERED:

Dated: September 12, 2007                              JEFFREY S. WHITE
                                                      U.S. DISTRICT COURT JUDGE

Stipulation and [Proposed] Order Re Recommendation to BOP                     2