JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CSBN 203655)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7004
    Fax:  (415) 436-7234
    Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 93-0278 JSW |
|     Plaintiff, ) | STIPULATION REQUESTING CONTINUANCE OF APRIL 10 STATUS CONFERENCE, AND [~~PROPOSED~~] ORDER |
|     v. ) | |
| MARIO AZCARATE, ) | |
|     Defendant. ) | |

    The parties hereby stipulate as follows:

    1.    On March 4, 2008, the Court issued an order setting a status conference for April 10 and ordering the United States to ensure that defendant is present for the status conference.

    2.    Two days later, on March 6, undersigned counsel for the United States delivered to the United States Marshals Service a properly executed Request of United States Attorney for Production of Federal Prisoner In the Custody of the United States.  That request asked that defendant be brought to San Francisco for the April 10 status conference.

    3.    On March 27, the Marshals Service notified undersigned counsel for the United States that the Justice Prisoner and Alien Transportation System (JPATS) will be unable to deliver defendant to San Francisco by April 10.  Instead, the Marshals Service stated that

1  "JPATS has asked for an extension to April 11 for airlift to Northern California."

2      4.    In light of this delay in transporting defendant to San Francisco, the parties respectfully ask the Court to continue by one week the status conference currently scheduled for April 10.

    IT IS SO STIPULATED.

DATED: March 27, 2008                  /s/
                                  ALAN A. DRESSLER
                                  Attorney for Defendant

DATED: March 27, 2008                  /s/
                                  ANDREW P. CAPUTO
                                  Assistant United States Attorney

## [PROPOSED] ORDER

    IT IS SO ORDERED.  The status conference currently set for April 10 is hereby continued to April 17, 2008, at 2:30 p.m.

DATED: March 28, 2008                /s/ Jeffrey S. White
                                  HONORABLE JEFFREY S. WHITE
                                  United States District Judge